UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-186 (03) (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| MARSHALL MICHAEL GALBREATH, | |
| Defendant. | |

This matter is before the Court on the Motion of the United States of America for an Extension of Time to file its response to Defendant's Pro Se Motion to Correct his Sentence pursuant to Federal Rule of Criminal Procedure 36. The Government's Motion [Doc. No. 471] is **GRANTED**.

The Court finds that the United States of America has shown good cause to extend the deadline to file its response. I**T IS HEREBY ORDERED** that the government shall file its response on or before March 7, 2025

February 21, 2025
Date Signed

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge